1  B. Kristian W. Rasmussen, III, FL Bar No. 0229430
   Rachael Raymon Gilmer, FL Bar No. 0887331
2  LEVIN, PAPANTONIO, THOMAS,
     MITCHELL, ECHSNER & PROCTOR, P.A.
3  316 South Baylen Street, Suite 600 (32502)
   P. O. Box 12308
4  Pensacola, Florida 32591
   Telephone:  (850) 435-7080
5  Facsimile:  (850) 435-7020

6  Attorneys for Plaintiffs

7            IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                  (SAN FRANCISCO DIVISION)

10 | In re: Bextra and Celebrex Marketing Sales | **MDL No. 1699** |
   | Practices and Product Liability Litigation |

11                                              **District Judge: Charles R. Breyer**
                                                **Magistrate:**

12

13

14 **GENE R. THOME, JR**, individually,      Case No. C 06 7690 CRB
   and on behalf of **CAROLYN THOME**,
15 deceased,                                  **STIPULATION AND ~~[PROPOSED]~~**
                                              **ORDER OF DISMISSAL WITHOUT**
16                   Plaintiff,               **PREJUDICE AS TO PLAINTIFF GENE**
                                              **THOME, JR, INDIVIDUALLY AND, ON**
17 v.                                         **BEHALF OF CAROLYN THOME,**
                                              **DECEASED**
18 PFIZER, INC., PHARMACIA CORP., and
   G.D. SEARLE & CO.,
19
                     Defendants.
20

21

22         Comes now the Plaintiff, Gene R. Thome, Jr., individually and on behalf of the Estate of

23 Carolyn Thome ("Plaintiff"), and Defendants Pfizer, Inc., Pharmacia, Corp., and G.D. Searle &

24 Co. ("Defendants"), by and through the undersigned attorneys, pursuant to Federal Rule of Civil

25 Procedure, Rule 41(a), and hereby stipulate to the dismissal of the plaintiff Rita McClure's claims

26 without prejudice with each side bearing its own attorneys' fees and costs.

27         This Stipulation and Order, does not affect any claims on behalf of the following named

28 Plaintiffs:

                                                      NOTICE OF VOLUNTARY DISMISSAL
                                                      CASE NO. C 06 4599 CRB

1       1.  Charles Irons, Case No. C 06 7690 CRB

2       2.  Charles Skelton, Case No. C 06 7690 CRB

3       3.  James Conley, Sr., Case No. C 06 7690 CRB

4       4.  Bukurije Skepi, Case No. C 06 7690 CRB

5       5.  Robert Parker, Case No. C 06 7690 CRB

6       6.  Winford Bent, Case No. C 06 7690 CRB

7       7.  Alicia Carswell, Case No. C 06 7690 CRB

8       8.  Eugene McCarthy, Case No. C 06 7690 CRB

9       9.  Virginia Atkins, Case No. C 06 7690 CRB

Plaintiff agrees to re-file any and all claims against Defendants, in a United States District Court.

Dated: May 17, 2007

Respectfully submitted

By: _____

Stuart M. Gordon, Esq.
CA Bar No.: 37477
GORDON & REES, LLP
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 262-3801
    Attorney for the Defendants

Dated: May 17, 2007

Respectfully submitted

By: _____

B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Rachael M. Raymon, FL Bar No. 0887331
LEVIN, PAPANTONIO, THOMAS,
  MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone:  (850) 435-7080
Facsimile:  (850) 435-7020
    Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C 06 4599 CRB

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this 21st day of ___May_____, 2007, in San Francisco, California.

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esquire

CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C 06 4599 CRB